*THE PEOPLE, RESPONDENT, *v.* AH KING, [307]
APPELLANT.

ASSAULT AND BATTERY, JURISDICTION OF CITY RECORDER. — The Recorder of the
City of San Francisco has the right to award a punishment for the crime of
assault and battery, affixed by the Act Concerning Crimes and Punishments,
passed April 18, 1850.

APPEAL from the Court of Sessions of San Francisco
County.

*G. B. Tingley,* for Appellant.

*H. H. Byrne,* for Respondent.

Mr. Ch. J. MURRAY delivered the opinion of the Court.
Mr. J. HEYDENFELDT and Mr. J. WELLS concurred.

This action was brought here upon a writ of *certiorari,* and
the only question raised by the record is, the right of the
Recorder of the City of San Francisco to award a punish-
ment for the crime of assault and battery, affixed by the Act
Concerning Crimes and Punishments, passed April 16, 1850.
The Chief Justice of this Court, in the matter of James
Turner, before him upon *habeas corpus,* affirmed the right of
the Recorder to award this punishment, and in this opinion
of the Chief Justice this Court fully concurs.

Let the writ of *certiorari* be dismissed, and the judgment
of the Court below be affirmed.